In re John O. MURRIN, III, Respondent–Appellant.

No. 14–1371.

United States Court of Appeals, Eighth Circuit.

Submitted: July 17, 2014.

Filed: July 22, 2014.

John O. Murrin, III, Long Beach, CA, pro se.

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Attorney John Murrin appeals the district court's [1] order effectively reinstating an earlier court order suspending him from practicing law in the District of Minnesota. Upon careful review, we con-

---

1. The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.

clude that Murrin's constitutional arguments are without merit, and we find no abuse of discretion. *See In re Hoare,* 155 F.3d 937, 940 (8th Cir.1998) (disciplinary orders are reviewed for abuse of discretion; district court's authority to suspend attorney is inherent power derived from attorney's role as officer of court). Accordingly, we affirm. *See* 8th Cir. R. 47B.

